IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND<br><br>and<br><br>TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>JIM BEHM & SON PLUMBING, INC.,<br><br>Defendant. | No.    25-MC-1001 |

## ORDER DISCHARGING THIRD PARTY CITATION

THIS CAUSE comes before the court for a hearing on plaintiffs' motion to discharge third party citation, and the Court being fully advised in the premises, IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that plaintiffs' motion is GRANTED, and the third party citation to discover assets directed to Hanna City Community Bank is DISCHARGED.

Entered this  15th  day of  September , 20 25

By: s/ Jonathan E. Hawley
United States Disrict Judge